UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-545M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DENISE R. KIRKLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Mail Fraud

<u>Date of Detention Hearing</u>:  Initial Appearance October 10, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant and her husband, a co-defendant in this case, have been indicted in the

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01  Eastern District of Virginia for Mail Fraud, Engaging in Monetary Transactions in Criminally

02  Derived Property, and criminal forfeiture.  Her husband has also been indicted on charges of tax

03  evasion and money laundering.  Both defendants have waived an identity hearing and an order of

04  transfer has been signed.

05      (2)  Defendant is believed to be a citizen of England, and to reside in Canada.  She was

06  not interviewed by Pretrial Services.  Other background information is not known.

07      (3)  The defendant did not submit evidence in opposition to the government's motion

08  for detention, wishing to do so when she appears in the Eastern District of Virginia and has the

09  opportunity to consult with counsel in that District.

10      (4)  The defendant poses a risk of nonappearance due to unknown background

11  information, and her status as a British citizen and a resident of Canada.  She poses a risk of

12  danger due to the nature of the instant charges.

13      (5)  There does not appear to be any condition or combination of conditions that will

14  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15  to other persons or the community.

16  It is therefore ORDERED:

17      (1)  Defendant shall be detained pending trial and committed to the custody of the

18          Attorney General for confinement in a correction facility separate, to the extent

19          practicable, from persons awaiting or serving sentences or being held in custody

20          pending appeal;

21      (2)  Defendant shall be afforded reasonable opportunity for private consultation with

22          counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>11th</u> day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91